Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
(806) 748-1980  Phone
(806) 748-1956  Fax

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JIMMY DEAN ANDREWS | |
| | Case No: 16-70168 |
| Debtor | Dated: May 31, 2019 |

**TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT**

The Standing Chapter 13 Trustee, hereby certifies that the Trustee has received and disbursed the final Chapter 13 plan payment required by the Order Confirming Chapter 13 Plan or any subsequent superseding order entered thereafter in the above number case.  If the Debtor is eligible for discharge, the Debtor must file within twenty-one (21) days hereof the Debtor's Certification and Motion for entry of Chapter 13 Discharge pursuant to II U.S.C. 1328(a).

Dated: May 31, 2019

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on May 31, 2019.

GREGORY A ROSS, 4245 KEMP BLVD STE 308, WICHITA FALLS, TX  76308
JIMMY DEAN ANDREWS, PO Box 43, Holliday, TX  76366
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FREEWAY  SUITE 1000, DALLAS, TX  75207
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

Dated: May 31, 2019

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee