Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Jimmy Dean Andrews | § | |
| | § | CASE NO.: 16-70168-hdh-13 |
| | § | |
| Debtor | | |

### DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.  I have made all payments required by my confirmed chapter 13 plan.

*Jimmy Dean Andrews  6-14-19*

/s/Jimmy Dean Andrews
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2019, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 16-70168-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Mon Jun 17 14:53:41 CDT 2019 | Archer County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Frwy, Suite 1000<br>Dallas, TX 75207-2328 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Archer Co Appraisal District<br>P.O. Box 1141<br>Archer City, Texas 76351-1141 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase Card Services<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank<br>Citicorp Credit Services/Attn: Centraliz<br>PO Box 790040<br>Saint Louis, MO 63179-0040 |
| Citibank/Best Buy<br>Centalized Bankruptcy/Citicorp Credit Se<br>PO Box 790040<br>Sanit Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | HOLLIDAY ISD & CITY OF HOLLIDAY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Postal Family Cu<br>PO Box 4825<br>Wichita Falls, TX 76308-0825 |
| Postel Family CU<br>P.O. Box 825<br>Wichita Falls, TX 76307 | Postel Family Credit Union<br>4245 Kemp Blvd., Suite 308<br>Wichita Falls, TX 76308-2822 | Synchrony Bank/ HH Gregg<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/Toro<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Jimmy Dean Andrews<br>PO Box 43<br>Holliday, TX 76366-0043 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| Robert B. Wilson<br>1407 Buddy Holly Ave<br>Lubbock, TX 79401-4007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Portfolio Recovery Associates, LLC
c/o Best Buy Credit Card
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o The Home Depot Consumer
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Postel Family Credit Union

(d)Archer County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N Stemmons Frwy, Suite 1000
Dallas, TX 75207-2328

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29