Gregory A. Ross
LAW OFFICE OF GREGORY A. ROSS, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls, Texas 76308
(940) 692-7800
(940) 692-7813 – FAX
State Bar No. 17302500
Attorney for POSTEL FAMILY CREDIT UNION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | |
| JIMMY DEAN ANDREWS, | Case No. 16-70168-HDH-13 |
| Debtor. | (Chapter 13) |

**POSTEL FAMILY CREDIT UNION'S
RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

POSTEL FAMILY CREDIT UNION, Creditor, hereby responds to Trustee's Notice of Final Cure Payment ("Notice") dated May 31, 2019 and filed as Docket No. 30.

**Final Cure Amount**

■ Agrees that the Trustee has paid the amount listed on the Notice towards the Creditor's Claim.

☐ Disagrees that the Trustee has paid the amounts listed on the Cure Notice towards the Creditor's Claim. Creditor states the total amount received as of the date of the Cure Notice is $_____ (Attached is an itemized Statement of amounts paid through the date listed on the Statement.

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐ Through the Chapter 13 Conduit                    ■ Direct by the Debtor

The Debtor is delinquent with respect to his post-petition payments, fees and costs as of the date of the Notice and states that the total amount to cure the post-petition arrears is: $1,019.99.

Attached is an itemized Statement of the post-petition arrearage due through the date listed on the Statement. The outstanding amounts identified on the Statement do not reflect amounts that become due after the date listed thereon, including any fees that may have been incurred in the preparation, filing or prosecution of this Notice.

The outstanding amounts identified on the attached Statements may not, due to timing, reflect all payments sent to Creditor as of the date stated therein. In addition, the amounts due may include payments reflected on the Notice, but which have not yet been received and/or processed by Creditor.

---

                                          Respectfully submitted,

                                          LAW OFFICE OF GREGORY A. ROSS, P.C.
                                          4245 Kemp Blvd., Suite 308
                                          Wichita Falls, Texas 76308
                                          (940) 692-7800
                                          (940) 692-7813 – FAX

                                          By: /s/ Gregory A. Ross
                                               Gregory A. Ross
                                               State Bar No. 17302500

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was on June 19, 2019, duly served on all parties of interest.

                                              /s/ Gregory A. Ross
                                              Gregory A. Ross

Exhibit "A"

```
MS5252R                POSTEL FAMILY CREDIT UNION        AD         PAGE     1
QUSER                    MEMBER ACCOUNT HISTORY       6/18/19    11:11:59

                                                         ACCT.#    XXXXX3837
    ANDREWS, JIMMY D.
    PO BOX 43                        TEL. NUMBER : (940) 235-5374
    HOLLIDAY, TX   76366
                                   DATES   5/31/16 THRU   6/18/19
```

| DATE | TRANSACTION DESCRIPTION | REF NUMBR | TOTAL TRAN AMT | LOAN INT AMT | LOAN PRIN AMT | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| LOAN SUFFIX 020 DEED OF TRUST | | | | | | |
| | | | | | BEG BAL. | 81477.07 |
| 6/01/16 | FTF  XX3453-005 | 60116 | 966.14- | 259.50 | 706.64 | 80770.43 |
| 6/01/16 | FT Transfer Pmt | | | | | |
| 6/01/16 | ESCROW DEPOSIT | 60116 | 323.59 | | 323.59 | 81094.02 |
| 6/01/16 | FT Transfer Pmt | | | | | |
| 6/30/16 | FTF  XX3453-005 | 63016 | 966.14- | 249.67 | 716.47 | 80377.55 |
| 6/30/16 | FT Transfer Pmt | | | | | |
| 6/30/16 | ESCROW DEPOSIT | 63016 | 323.59 | | 323.59 | 80701.14 |
| 6/30/16 | FT Transfer Pmt | | | | | |
| 8/01/16 | FTF  XX3453-005 | 80116 | 966.14- | 274.16 | 691.98 | 80009.16 |
| 8/01/16 | FT Transfer Pmt | | | | | |
| 8/01/16 | ESCROW DEPOSIT | 80116 | 323.59 | | 323.59 | 80332.75 |
| 8/01/16 | FT Transfer Pmt | | | | | |
| 9/01/16 | FTF  XX3453-005 | 90116 | 966.14- | 264.38 | 701.76 | 79630.99 |
| 9/01/16 | FT Transfer Pmt | | | | | |
| 9/01/16 | ESCROW DEPOSIT | 90116 | 323.59 | | 323.59 | 79954.58 |
| 9/01/16 | FT Transfer Pmt | | | | | |
| 10/03/16 | FTF  XX3453-005 | 100316 | 966.14- | 271.63 | 694.51 | 79260.07 |
| 10/03/16 | FT Transfer Pmt | | | | | |
| 10/03/16 | Escrow Transfer | 100316 | 323.59 | | 323.59 | 79583.66 |
| 10/03/16 | FT Transfer Pmt | | | | | |
| 10/31/16 | FTF  XX3453-005 | 103116 | 966.14- | 236.57 | 729.57 | 78854.09 |
| 10/31/16 | FT Transfer Pmt | | | | | |
| 12/02/16 | FTF  XX3453-005 | 120216 | 966.14- | 267.89 | 698.25 | 78155.84 |
| 12/02/16 | FT Transfer Pmt | | | | | |
| 12/02/16 | Escrow Transfer | 120216 | 323.59 | | 323.59 | 78479.43 |
| 12/02/16 | FT Transfer Pmt | | | | | |
| 1/03/17 | FTF  XX3453-005 | 10317 | 966.14- | 266.61 | 699.53 | 77779.90 |
| 1/03/17 | FT Transfer Pmt | | | | | |
| 1/03/17 | Escrow Transfer | 10317 | 323.59 | | 323.59 | 78103.49 |
| 1/03/17 | FT Transfer Pmt | | | | | |
| 1/31/17 | FTF  XX3453-005 | 13117 | 966.14- | 232.17 | 733.97 | 77369.52 |
| 1/31/17 | FT Transfer Pmt | | | | | |
| 1/31/17 | Escrow Transfer | 13117 | 323.59 | | 323.59 | 77693.11 |
| 1/31/17 | FT Transfer Pmt | | | | | |
| 3/01/17 | FTF  XX3453-005 | 30117 | 966.14- | 239.20 | 726.94 | 76966.17 |
| 3/01/17 | FT Transfer Pmt | | | | | |
| 3/01/17 | Escrow Transfer | 30117 | 323.59 | | 323.59 | 77289.76 |
| 3/01/17 | FT Transfer Pmt | | | | | |
| 3/31/17 | FTF  XX3453-005 | 33117 | 966.14- | 246.16 | 719.98 | 76569.78 |
| 3/31/17 | FT Transfer Pmt | | | | | |
| 3/31/17 | Escrow Transfer | 33117 | 323.59 | | 323.59 | 76893.37 |
| 3/31/17 | FT Transfer Pmt | | | | | |
| 5/01/17 | FTF  XX3453-005 | 50117 | 1121.90- | 253.06 | 868.84 | 76024.53 |
| 5/01/17 | FT Transfer Pmt | | | | | |
| 5/01/17 | Escrow Transfer | 50117 | 479.35 | | 479.35 | 76503.88 |

```
MS5252R                      POSTEL FAMILY CREDIT UNION            AD              PAGE    2
QUSER                          MEMBER ACCOUNT HISTORY            6/18/19         11:11.59

               5/01/17       FT Transfer Pmt
  6/01/17 FTF   XX3453-005 60117     1121.90-      251.78       870.12      75633.76
               6/01/17       FT Transfer Pmt
  6/01/17 Escrow Transfer  60117      479.35                    479.35      76113.11
               6/01/17       FT Transfer Pmt
  7/05/17 FTF   XX3453-005 70517     1121.90-      274.74       847.16      75265.95
               7/05/17       FT Transfer Pmt
  7/05/17 Escrow Transfer  70517      479.35                    479.35      75745.30
               7/05/17       FT Transfer Pmt
  8/07/17 FTF   XX3453-005 80717     1121.90-      265.37       856.53      74888.77
               8/07/17       FT Transfer Pmt
  8/07/17 Escrow Transfer  80717      479.35                    479.35      75368.12
               8/07/17       FT Transfer Pmt
  9/01/17 FTF   XX3453-005 90117     1121.90-      200.03       921.87      74446.25
               9/01/17       FT Transfer Pmt
  9/01/17 Escrow Transfer  90117      479.35                    479.35      74925.60
               9/01/17       FT Transfer Pmt
 10/03/17 FTF   XX3453-005100317     1121.90-      254.54       867.36      74058.24
              10/03/17       FT Transfer Pmt
 10/03/17 Escrow Transfer 100317      479.35                    479.35      74537.59
              10/03/17       FT Transfer Pmt
 11/03/17 FTF   XX3453-005110317     1121.90-      245.31       876.59      73661.0?
              11/03/17       FT Transfer Pmt
 11/03/17 Escrow Transfer 110317      479.35                    479.35      74140.35
              11/03/17       FT Transfer Pmt
 12/04/17 FTF   XX3453-005120417     1121.90-      244.00       877.90      73262.45
              12/04/17       FT Transfer Pmt
 12/04/17 Escrow Transfer 120417      479.35                    479.35      73741.80
              12/04/17       FT Transfer Pmt
  1/17/18 FTF   XX3453-005 11718     1111.90-      344.46       767.44      72974.36
               1/17/18       FT Transfer Pmt
  1/17/18 LATE PAYMENT FEE 11718       10.00-       10.00                   72974.36
  1/17/18 Escrow Transfer  11718      479.35                    479.35      73453.71
               1/17/18       FT Transfer Pmt
  2/16/18 FTF   XX3453-005 21618     1111.90-      233.94       877.96      72575.75
               2/16/18       FT Transfer Pmt
  2/16/18 LATE PAYMENT FEE 21618       10.00-       10.00                   72575.75
  2/16/18 Escrow Transfer  21618      479.35                    479.35      73055.10
               2/16/18       FT Transfer Pmt
  3/16/18 FTF   XX3453-005 31618     1121.90-      217.16       904.74      72150.36
               3/16/18       FT Transfer Pmt
  3/16/18 Escrow Transfer  31618      479.35                    479.35      72629.71
               3/16/18       FT Transfer Pmt
  5/14/18 FTF   XX3453-005 51418     1111.90-      454.93       656.97      71972.74
               5/14/18       FT Transfer Pmt
  5/14/18 LATE PAYMENT FEE 51418       10.00-       10.00                   71972.74
  5/14/18 Escrow Transfer  51418      464.70                    464.70      72437.44
               5/14/18       FT Transfer Pmt
  7/15/18 FTF   XX3453-005 71518     1089.77-      476.80       612.97      71824.47
               7/15/18       FT Transfer Pmt
  7/15/18 LATE PAYMENT FEE 71518       32.13-       32.13                   71824.47
  7/15/18 Escrow Transfer  71518      464.70                    464.70      72289.17
               7/15/18       FT Transfer Pmt
  7/30/18 FTF   XX3453-005 73018     1075.12-      115.12       960.00      71329.17
               7/30/18       FT Transfer Pmt
  7/30/18 LATE PAYMENT FEE 73018       32.13-       32.13                   71329.17
```

```
MS5252R                    POSTEL FAMILY CREDIT UNION         AD              PAGE    3
QUSER                        MEMBER ACCOUNT HISTORY        6/18/19         11:11:59

 7/30/18 Escrow Transfer  73018      464.70                    464.70      71793.87
         7/30/18     FT Transfer Pmt
 8/15/18 FTF   XX3453-005 81518     1107.25-    121.95         985.30      70808.57
         8/15/18     FT Transfer Pmt
 8/15/18 Escrow Transfer  81518      464.70                    464.70      71273.27
         8/15/18     FT Transfer Pmt
 9/16/18 FTF   XX3453-005 91618     1107.25-    242.13         865.12      70408.15
         9/16/18     FT Transfer Pmt
 9/16/18 Escrow Transfer  91618      464.70                    464.70      70872.85
         9/16/18     FT Transfer Pmt
10/03/18 CHAPTER 13       72984       18.98-                    18.98      70853.87
10/16/18 FTF   XX3453-005101618     1107.25-    225.70         881.55      69972.32
         10/16/18    FT Transfer Pmt
10/16/18 Escrow Transfer 101618      464.70                    464.70      70437.0?
         10/16/18    FT Transfer Pmt
11/16/18 FTF   XX3453-005111618     1107.25-    231.81         875.44      69561.58
         11/16/18    FT Transfer Pmt
11/16/18 Escrow Transfer 111618      464.70                    464.70      70026.28
         11/16/18    FT Transfer Pmt
12/14/18 FTF   XX3453-005121418     1107.25-    208.16         899.09      69127.19
         12/14/18    FT Transfer Pmt
12/14/18 Escrow Transfer 121418      464.70                    464.70      69591.89
         12/14/18    FT Transfer Pmt
 1/15/19 FTF   XX3453-005 11519     1107.25-    236.42         870.83      68721.06
         1/15/19     FT Transfer Pmt
 1/15/19 Escrow Transfer  11519      464.70                    464.70      69185.76
         1/15/19     FT Transfer Pmt
 2/14/19 FTF   XX3453-005 21419     1107.25-    220.35         886.90      68298.86
         2/14/19     FT Transfer Pmt
 2/14/19 Escrow Transfer  21419      464.70                    464.70      68763.56
         2/14/19     FT Transfer Pmt
 4/10/19 FTF   XX3453-005353140     1075.12-    401.51         673.61      68089.95
         4/10/19     FT Transfer Pmt
 4/10/19 LATE PAYMENT FEE353140       32.13-     32.13                     68089.95
 4/10/19 Escrow Transfer 353140      464.70                    464.70      68554.65
         4/10/19     FT Transfer Pmt
 5/01/19 FTF   XX3453-005159248     1075.12-    152.84         922.28      67632.37
         5/01/19     FT Transfer Pmt
 5/01/19 LATE PAYMENT FEE159248       32.13-     32.13                     67632.37
 5/01/19 Escrow Transfer 159248      464.70                    464.70      68097.07
         5/01/19     FT Transfer Pmt
 5/10/19 Loan Add         46774      262.50                    262.50      68359.57
         LEGAL FEE'S 6503837-20 J.ANDREWS
 5/17/19 FTF   XX3453-005956306     1107.25-    115.87         991.38      67368.19
         5/17/19     FT Transfer Pmt
 5/17/19 Escrow Transfer 956306      445.21                    445.21      67813.40
         5/17/19     FT Transfer Pmt
---------------------------------------------------------------------------------
```