**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | |
|     JIMMY DEAN ANDREWS | CASE NO:    16-70168 |
| | DATE:    06/21/2019 |
| | HEARING DATE: 08/14/2019 |
|     DEBTOR | HEARING TIME:    10:00 AM |

**NOTICE OF HEARING ON THE DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

PLEASE TAKE NOTICE THAT A HEARING ON THE DEBTOR CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WILL BE HEARD BY HARLIN D. HALE ON: August 14, 2019 AT 10:00 AM.

**FOR LIVE COURT:**
**US COURTHOUSE ROOM 222**
**10TH AND LAMAR STREETS**
**WICHITA FALLS, TX  76301**

**FOR VIDEO COURT:**
**US COURTHOUSE, SECOND FLOOR**
**10TH AND LAMAR STREETS**
**WICHITA FALLS, TX  76301**

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE LOCATION BELOW ON August 14, 2019 AT 8:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PRE-HEARING CONFERENCE.

**PREHEARING CONFERENCE**
**US COURTHOUSE ROOM 303**
**10TH AND LAMAR STREETS**
**WICHITA FALLS, TX  76301**

DATED: 06/21/2019

/s/ Robert B. Wilson
Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

JIMMY DEAN ANDREWS
PO Box 43
Holliday, TX  76366

MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS, TX  76301

ARCHER COUNTY
2777 N STEMMONS FREEWAY  SUITE 1000
DALLAS, TX  75207

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC  28272-1083

CAPITAL ONE NA
BECKET AND LEE, LLP
PO BOX 3001
MALVERN, PA  19355-0701

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850

Citibank
Citicorp Credit Services/Attn: Centraliz
PO Box 790040
Saint Louis, MO  63179

GREGORY A ROSS
4245 KEMP BLVD STE 308
WICHITA FALLS, TX  76308

HOLLIDAY ISD & CITY OF HOLLIDAY
PO BOX 700
ARCHER CITY, TX  76351

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX  75246

JEANMARIE BAER
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 8188
WICHITA FALLS, TX  76307

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2777 N STEMMONS FREEWAY  SUITE 1000
DALLAS, TX  75207

LVNV FUNDING
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

MIDLAND CREDIT MANAGEMENT INC
AS AGENT FOR MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI  48090

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK, VA  23541

POSTEL FAMILY CREDIT UNION
PO BOX 4825
WICHITA FALLS, TX  76308

| | |
|---|---|
| SAMS CLUB - GEMB<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL  32896-5060 | SYNCHRONY BANK/ HH GREG<br>P.O. BOX 965064<br>ORLANDO, FL  32896 |
| UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH, TX  76102-6882 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX  75242 |
| US ATTORNEY GENERAL<br>MAIN JUSTICE BLDG, ROOM 5111<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON, DC  20530 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS, TX  75242 |

Date: 06/21/2019

/s/ Robert B. Wilson

Robert B. Wilson